Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

**JARRED ALLEN SPRAGUE,**

**ELIZABETH JANE SPRAUGE,**

　　　Debtors.

Case No: 12-41099-JDP
Chapter 13

### MOTION TO ENLARGE TIME TO FILE PROOF OF CLAIM ON BEHALF OF CREDITOR

> No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice of hearing.
>
> Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

　　　Debtors, through the undersigned attorney, pursuant to Rule 3004 and 9006(b), move the Court to enlarge the time for Debtors to file a Proof of Claim on behalf of a missed creditor and would show the following:

　　　1.　　　Debtors filed their Chapter 13 Bankruptcy 2 August 2012 and the Court confirmed their Chapter 13 Plan ("Plan") 12 October 2012.

　　　2.　　　Debtors' Plan disallows payment of untimely filed claims.

　　　3.　　　The time to file a non-governmental proof of claim ended 3 December 2012.

4.	On or around 8 August 2013 Debtors were contacted by an unscheduled unsecured non-priority debt.  Apparently the debt arose during Ms. Sprague's previous marriage from an overdrawn bank account in May 2009.  Ms. Sprague and her previous husband owed the money to US Bank for which now National Law Group ("NLG") seeks collection.

5.	Ms. Sprague was not aware of the debt at the time of filing the bankruptcy and does not believe she has ever received any communication regarding the debt from US Bank or NLG until August 2013.  No collateral provided any reminders and US Bank and NLG did not report the overdraft on Ms. Sprague's credit report.  Debtors relied heavily on their credit report to include any dated and stale debts that may have been long forgotten.

6.	Debtors scheduled all debts to the best of their knowledge and after reasonable inquiry.  Debtors desire the full effect of their bankruptcy filing and wish all debts to be included.

7.	Debtors recognize that the Court lacks authority to extend the deadline for a creditor to file a late proof of claim under Rule 3002.  However, Rule 9006 allows the Court to extend the bar date due to excusable neglect for certain actions including the filing of claims by the Debtors or Trustee on behalf of a creditor under Rule 3004.

8.	A finding of excusable neglect is based on equity and depends on the particular circumstances and facts of the case.  <u>Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership</u>, 507 U.S. 380, 396 (1993).

9.	Debtors, NLG, nor the estate will be prejudiced by the late filings, the delay in filing will not provide an adverse effect on efficient court administration.  The reason for delay was not in Debtors' control, Debtors acted in good faith as soon as they found out about the debt to add it to the bankruptcy and obtain the amount owing on the date of filing.  Failure to allow the claim would penalize Debtors by removing discharge of the NLG debt.

Motion to Enlarge Time to File Proof of Claim

2

WHEREFORE, Debtors move the Court for an Order enlarging the time for the Debtor to file a non-governmental claim on behalf of unsecured NLG so NLG may receive disbursements under Debtors' Plan and NLG's remaining debt may be discharged upon completion of the Plan.

DATED this 10 September 2013

                                     _/s/ Paul Ross_____
                                     PAUL ROSS

Case 12-41099-JDP    Doc 45    Filed 09/10/13    Entered 09/10/13 09:17:40    Desc Main
Document      Page 3 of 3