Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In Re: | |
|---|---|
| **JARRED ALLEN SPRAGUE,** | Case No: 12-41099-JDP |
| **ELIZABETH JANE SPRAGUE,** | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF SERVICE

I certify on the 10 September 2013, a copy of the "Motion to Enlarge Time to File Proof of Claim on Behalf of Creditor" was served on the individuals listed on the attached "Label Matrix for creditor noticing" via mail or electronically via ECF.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul Ross_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL ROSS

```
Label Matrix for local noticing        Twin Falls                              Action Collection Services
0976-8                                  U.S. Bankruptcy Court                   PO Box 5425
Case 12-41099-JDP                       801 East Sherman                        Boise, ID 83705-0425
District of Idaho  [LIVE]               Pocatello, ID 83201-5730
Twin Falls
Tue Sep 10 09:08:09 MDT 2013

Afni                                    Amy Kauffman MD                         Bank Of America
Attention: Bankruptcy                   PO Box 1060                             450 American St
PO Box 3517                             Burley, ID 83318-0946                   Simi Valley, CA 93065-6285
Bloomington, IL 61702-3517


Bennett Law, PLLC                       Bonneville Billing                      Capital One
PO Box 1716                             PO Box 150621                           Capital One Bank
Boise, ID 83701-1716                    Ogden, UT 84415-0621                    PO Box 30285
                                                                                Salt Lake City, UT 84130-0285


Cassia Regional Medical                 Citi Financial                          (p)CITIBANK
1501 Hiland Ave, Ste FRNT               300 St. Paul Pl                         PO BOX 790034
Burley, ID 83318-2682                   Baltimore, MD 21202-2120                ST LOUIS MO 63179-0034


Collection Center Of Wyoming            Continental                             Dish Network
PO Box 4000                             Attn: Recovery                          PO Box 7203
Rawlins, WY 82301-0479                  652 Bush River Rd                       Pasadena, CA 91109-7303
                                        Columbia, SC 29210-7521


E Partner Ne                            Enhanced Recovery Corp                  Family Health Services
740 E 1910 S                            Attention: Client Services              1102 Eastland Dr N
Provo, UT 84606                         8014 Bayberry Rd                        Twin Falls, ID 83301-8443
                                        Jacksonville, FL 32256-7412


First Federal Savings Bank              First Premier Bank                      Forrest Sprague
383 Shoshone St N                       3820 N Louise Ave                       800 Burton Ave
Twin Falls, ID 83301-6152               Sioux Falls, SD 57107-0145              Burley, ID 83318-1111


GEMB                                    HSBC Bank                               InSolve Recovery, LLC, c/o Capital Recovery
Attn: Bankruptcy                        PO Box 5253                             Dept 3203
PO Box 103104                           Carol Stream, IL 60197-5253             PO BOX 123203
Roswell, GA 30076-9104                                                          DALLAS, TX 75312-3203


Intermountain Healthcare                Intermountain Healthcare                Jefferson Capital Systems LLC
PO Box 1259                             PO Box 27808                            PO BOX 7999
Oaks, PA 19456-1259                     Salt Lake City, UT 84127-0808           SAINT CLOUD MN 56302-7999


Key Bank                                LVNV Funding LLC                        Les Schwab Tire Center
PO Box 94968                            PO Box 740281                           PO Box 5350
Cleveland, OH 44101-4968                Houston, TX 77274-0281                  Bend, OR 97708-5350
```

```
Little Giants Daycare              Midland Credit Mgmt Inc            Minidoka Memorial Hospital
2041 Q St                          PO Box 60578                       1224 8th St
Heyburn, ID 83336-9739             Los Angeles, CA 90060-0578         Rupert, ID 83350-1599


Mountain Medical/Idaho             NCO Financial                      National Law Group
c/o Checknet                       Attn: Bankruptcy                   1 Ridgegate Dr, Ste 210
POB 150                            507 Prudential Rd                  Temecula, CA 92590-5506
Provo UT 84603-0150                Horsham, PA 19044-2368


Outsource Receivables              Pocatello Railroad FCU             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Attn: Bankruptcy Dept              4708 N Yellowstone Ave             PO BOX 41067
PO Box 166                         Chubbuck, ID 83202-2336            NORFOLK VA 23541-1067
Ogden, UT 84402-0166


Premier Bankcard/Charter           Revenue Cycle Solutions            Rjm Acq Llc
P.O. Box 2208                      2651 Warrenville Rd                575 Underhill Blvd Ste 2
Vacaville, CA 95696-8208           Downers Grove, IL 60515-5559       Syosset, NY 11791-3426


Sears                              Sergio   Rosie Garcia              State Farm Financial
PO Box 6189                        1359 Conant Ave                    PO Box 2316
Sioux Falls, SD 57117-6189         Burley, ID 83318-1724              Bloomington, IL 61702-2316


Statewide Collection               Stock   Garn, D.D.S.               Terry Jeppson MD
PO Box 782                         2200 Parke Ave, Ste 2              1501 Hiland Ave, Ste B
Twin Falls, ID 83303-0782          Burley, ID 83318-2186              Burley, ID 83318-2688


Tires West/Les Schwab              (p)US BANK                         US Trustee
2555 S Overland                    PO BOX 5229                        Washington Group Central Plaza
Burley, ID 83318-2954              CINCINNATI OH 45201-5229           720 Park Blvd, Ste 220
                                                                      Boise, ID 83712-7785


Velocity                           Verizon                            Victoria's Secret
1800 Rte 34 N, Ste 404A            Verizon Wireless Bankruptcy        Attn: Bankruptcy
Belmar, NJ 07719-9147              PO Box 3397                        PO Box 182125
                                   Bloomington, IL 61702-3397         Columbus, OH 43218-2125


Wells Fargo Cards                  Wells Fargo/Wachovia               Worlds Foremost Bank
4137 121st St                      PO Box 3569                        PO Box 82609
Urbandale, IA 50323-2310           Rancho Cucamonga, CA 91729-3569    Lincoln, NE 68501-2609


(p)ZIONS FIRST NATIONAL BANK       Elizabeth Jane Sprague             Jarred Allen Sprague
LEGAL SERVICES UT ZB11 0877        1358 Miller Ave                    1358 Miller Ave
P O BOX 30709                      Burley, ID 83318-1729              Burley, ID 83318-1729
SALT LAKE CITY UT 84130-0709
```

Kathleen A. McCallister          Paul N J Ross
POB 1150                         Idaho Bankruptcy Law
Meridian, ID 83680-1150          POB 483
                                 Paul, ID 83347-0483

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank                         Portfolio Recovery Associates, LLC    US Bank
Attn: Centralized Bankruptcy     POB 12914                             800 Nicollet Mall
PO Box 20507                     Norfolk VA 23541                      Minneapolis, MN  55402
Kansas City, MO 64195

Zions Bank                       (d)Zions First National Bank          End of Label Matrix
2185 South 3270 West             Legal Services UT ZB11 0877           Mailable recipients    61
Salt Lake City, UT 84119         P.O. Box 30709                        Bypassed recipients     0
                                 Salt Lake City, UT 84130              Total                  61