# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**Jarred A. Sprague and Elizabeth J. Sprague**,<br><br>Debtors. | **Bankruptcy Case No. 12-41099-JDP** |

### ORDER GRANTING DEBTORS' MOTION TO ENLARGE TIME TO FILE PROOF OF CLAIM

For the reasons set forth in the Court's Memorandum of Decision filed herein, and for other good cause,

**IT IS HEREBY ORDERED THAT** Debtors' motion to enlarge time to file a proof of claim on behalf of an omitted creditor, Dkt. No. 45, is **GRANTED**. Debtors shall have fourteen (14) days from the date of this order within which to file a proof of claim for U.S. Bank.

Dated:  December 18, 2013

_____
Honorable Jim D. Pappas

ORDER - 1

United States Bankruptcy Judge

**ORDER - 1**